FILED

2011 Aug-01  AM 11:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARVIN HOLLEY, ) | |
| ) | |
| Petitioner ) | |
| ) | |
| v. ) | |
| ) | Case No. 2:10-cv-02832-RBP-HGD |
| WARDEN USP COLEMAN ) | |
| USP COMPLEX 2, ) | |
| ) | |
| Respondent ) | |

## MEMORANDUM OPINION

On November 10, 2010, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge.  On January 12, 2011, after obtaining an extension of time, petitioner filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case, the magistrate judge's report and recommendation and petitioner's objections, the court hereby ADOPTS the report of the magistrate judge.  The court further ACCEPTS the recommendations of the magistrate judge that the petition for habeas relief, whether filed pursuant to 28 U.S.C. § 2241 or 28 U.S.C. § 2255, be dismissed.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

DONE this 1st day of August, 2011.

**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**